JS-6



FILED
CLERK, U.S. DISTRICT COURT
MAY 3, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br>Plaintiff, <br><br>vs. <br><br>CHARLOTTE RUSSE, INC., *et al.*, <br><br>Defendant. | Case No.: CV17-0867-VAP (SS) <br>*Hon. Virginia A. Phillips Presiding* <br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION** |

1  **ORDER**:

2  Having reviewed the stipulation of the parties to dismiss this action without
3  prejudice, and finding good cause thereon,
4  IT IS HEREBY ORDERED that this action be dismissed with prejudice,
5  with each party to bear their respective costs and attorneys' fees as incurred against
6  one another.

7  
8  SO ORDERED.

9  
10  Date: May 3, 2018                    By: _____
11                                              Hon. Virginia A. Phillips
                                                Chief United States District Judge